| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 1 Big Red, LLC <br> Name | EIN: | 82–4141513 |
| United States Bankruptcy Court | District of Kansas | Date case filed in chapter: | 11  1/15/21 |
| | | Date case converted to chapter: | 7  12/28/22 |
| Case number / Presiding Judge: | 21–20044 / Robert D. Berger | Date Notice Issued: | 12/28/22 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

11/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | 1 Big Red, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 440 E. 63rd St <br> Kansas City, MO 64110 | |
| 4. **Debtor's attorney** <br> Name and address | Colin N. Gotham <br> Evans & Mullinix, P.A. <br> 7225 Renner Road, Suite 200 <br> Shawnee, KS 66217 | Contact phone (913) 962–8700 |
| 5. **Bankruptcy trustee** <br> Name and address | Darcy D Williamson TR <br> Williamson Law Office <br> 1109 SW Westside Drive <br> Topeka, KS 66615 <br><br> The trustee named above is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court. | Contact phone 785–233–9908 |
| 6. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 19, 2023 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location: <br><br> **Phone Number: (877) 931–3070, Access Code: 9366662#** |
| 7. **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**

For more information, see page 2 >

| | | | |
|---|---|---|---|
| 8. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse 500 State Avenue Kansas City, KS 66101 | Office Hours  9:00 AM – 4:00 PM Monday – Friday  Contact phone  (913) 735−2110 |
| 9. | **Deadlines** | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meetings of creditors unless otherwise ordered. |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by §554 without further service on creditors or interested parties.If a creditor or party in interest timely objects to the abandonment of any property [deadline set on page 1 of this Notice], the Court will schedule a hearing regarding the property that is the subject of the objection. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**