**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 27th day of April, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

1 BIG RED, LLC

      Debtor.

CASE #  21-20044-7

**ORDER ON MOTION TO COMPEL APPEARANCE AND DOCUMENT PRODUCTION FROM SEAN TARPENNING, FOR THE SECTION 341 MEETING TO BE HELD ON A DATE AND TIME TO BE DETERMINED BY THE COURT, TO BE HELD IN PERSON, IN THE ROBERT J. DOLE COURTHOUSE, 500 STATE AVENUE, SECTION 341 MEETING ROOM, KANSAS CITY, KANSAS**

NOW on this 30th day of March, 2023, comes regularly on for hearing the Trustee's Motion to Compel the Appearance of Sean Tarpenning and Document Production from Sean Tarpenning, for the Section 341 Meeting To Be Held on a Date and Time to Be Determined by the Court, To Be Held in Person, in The Robert J. Dole Courthouse, 500 State Avenue, Section 341 Meeting Room, Kansas City, Kansas.  The following appearances were made by telephone or in person.  Darcy D. Williamson appeared as Trustee and Counsel for Trustee.  Colin N.

In the United States Bankruptcy Court for the District of Kansas
In Re: 1 Big Red, LLC
Case No. 21-20044-7
Order on Motion to Compel Appearance and Document Production from Sean Tarpenning, for the Section 341 Meeting to Be Held on a Date and Time to Be Determined by the Court, to be Held in Person, in the Robert J. Dole Courthouse, 500 State Avenue, Section 341 Meeting Room, Kansas City, Kansas
Page 2

Gotham appeared for the Debtor, 1 Big Red, LLC. Benjamin L. Tompkins appeared for Sean Tarpenning. Adam Breeze appeared for Anchor creditors and the Adversary Proceeding Defendants. Eric L. Johnson appeared as special counsel for Trustee, Darcy D. Williamson. Ryan Blay appeared for various unsecured creditors and the Adversary Proceeding Defendants. Brad Henrich appeared. Nathan and Lisa Dunne appeared. Brad McCormack appeared for Trevor Tasakara and Daniel Toshner. Christopher Redmond appeared as Trustee for USREEB.

Based upon the briefing by the parties, arguments of counsel during the hearing and the Court's knowledge of and review of the record, the Court finds and orders as follows:

1. The Motion filed in 1 Big Red, LLC is materially different than the similar Motion filed in U.S. Real Estate Equity Builder ("USREEB"). Unlike USREEB, a Trustee was not appointed in 1 Big Red, LLC to investigate and operate the Debtor's affairs. The Debtor remained as the Debtor in Possession until conversion.

2. The Court designates Sean Tarpenning, per Bankruptcy Rule § 9001(5), to appear telephonically at a mutually convenient scheduled 341 Meeting and give testimony. Sean Tarpenning, as designee for the Debtor, shall provide any of the Debtor's documents in his possession as reasonably requested prior to the 341 Meeting.

3. As to the Trustee and any creditors attending the 341 Meeting, the Court instructs the parties not to weaponize or make the 341 Meeting a fishing expedition.

In the United States Bankruptcy Court for the District of Kansas
In Re: 1 Big Red, LLC
Case No. 21-20044-7
Order on Motion to Compel Appearance and Document Production from Sean Tarpenning, for the Section 341 Meeting to Be Held on a Date and Time to Be Determined by the Court, to be Held in Person, in the Robert J. Dole Courthouse, 500 State Avenue, Section 341 Meeting Room, Kansas City, Kansas
Page 3

      4. The Trustee's Motion to Compel the Appearance of Sean Tarpenning and Document Production from Sean Tarpenning is sustained. The Section 341 Meeting is to be held telephonically with Sean Tarpenning appearing on a mutually convenient date and time to be determined by the Court and the Parties. The parties have agreed that the 341 date is now June 8, 2023, at 12:00 p.m. The Trustee will notice the same. Sean Tarpenning shall provide any reasonably requested documents of the Debtor in his possession at least 10 days before any continued 341 Meeting.

      **IT IS SO CONSIDERED, ORDERED, ADJUDGED, AND DECREED.**

# # #

Submitted and Approved:

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka  KS  66615
(785) 233-9908
trustee@williamson-law.net

In the United States Bankruptcy Court for the District of Kansas
In Re: 1 Big Red, LLC
Case No. 21-20044-7
Order on Motion to Compel Appearance and Document Production from Sean Tarpenning, for the Section 341 Meeting to Be Held on a Date and Time to Be Determined by the Court, to be Held in Person, in the Robert J. Dole Courthouse, 500 State Avenue, Section 341 Meeting Room, Kansas City, Kansas
Page 4


s/ Benjamin L. Tompkins
BENJAMIN L. TOMPKINS
Kennyhertz Perry LLC
Attorney # 20164
2000 Shawnee Mission Pkwy Ste 210
Mission Woods KS 66205
(816) 527-9447
ben@kennyhertzperry.com
Attorney for Sean Tarpenning



s/ Colin N. Gotham
COLIN N. GOTHAM
Evans & Mullinix PA
Attorney # 19538
7225 Renner Rd Ste 200
Shawnee KS 66217
(913) 962-8700
cgotham@emlawkc.com
Attorney for 1 Big Red, LLC